09.

---

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 5 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Johnson Gichege Mungai
Plaintiff,

v.                              Case Number: 1:19-CV-00409-AT-JFK

Defendant
Chase Bank USA, N.A., Chase Home Finance, LLC; Federal National Mortgage Association (Fannie Mae) as trustee for Securitized trust FANNIE MAE REMIC TRUST 2007-51 TRUST) AND JOHN DOE 1, AND DOES 1 Through 100 Inclusive, et al

---

I wish to state that I was never served with Motion to dismiss.
The property in question is 2507 Peach Shoals Circle, Dacula, GA 30019 and it was Auctioned on February 22, 2018. So there is no way I could have gotten any correspondence concerning this property from the defendant.
I am requesting this hoo honourable to dismiss the Motion to dismiss because It was never Properly served

Yours Sincerely

Johnson G. Mungai
P.O. Box 7553
Marietta, GA 30065   Tel: 404 457 3588